IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:18-CR-70 |
| v. | § | |
| | § | |
| DANIEL WAYNE LITTLE, II | § | |

## FACTUAL BASIS

Investigation by the Federal Bureau of Investigation (FBI), disclosed the following facts that establish that I, the defendant, Daniel Wayne Little, II, violated 18 U.S.C. § 2422(b). I accept the following factual basis as true and correct:

1. On or about March 17, 2017, in the Eastern District of Texas, I knowingly persuaded, induced, enticed, and coerced an individual to engage in sexual activity.

2. I used the Internet to do so.

3. I believed the individual who was persuaded, induced, enticed, and coerced to engage in sexual activity was less than 18 years of age.

4. I acknowledge that I could be charged with the criminal offense of Sexual Exploitation of Children (18 U.S.C. § 2251(a)) under the laws of the United States.

5. In the course of the offense, I unduly influenced a minor to engage in prohibited sexual conduct.

6. I used a computer to persuade, induce, entice, and coerce the minor to engage in prohibited sexual conduct.

7. The offense involved a minor who had not attained the age of 12 years.

8.  The conduct described above occurred on more than a dozen occasions between November 2016 and October 2017.

9.  I acknowledge that these acts constitute violations of 18 U.S.C. § 2422(b) (Coercion and Enticement).

I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: April 26, 2019                         _____
                                              Defendant

### Defendant's Counsel's Signature and Acknowledgment:

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, Daniel Wayne Little, II. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and the Plea Agreement and that he is signing this Factual Basis voluntarily.

Dated: April 26, 2019                         _____
                                              Ken Hawk
                                              Attorney for Defendant